IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| McALVAIN CIVIL CONSTRUCTORS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>Defendant. | No. CV 17-85-BU-SEH <br><br>ORDER |

On February 28, 2018, the Court conducted a hearing on its previously issued Order to show cause.[1] Upon the record made in open court:

ORDERED:

The Order to show cause is DISCHARGED.

DATED this 28th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 5.