Alexander L. Roots
Steve Reida
PLANALP, REIDA, ROOTS
 & RILEY, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
alex@planalplaw.com
steve@planalplaw.com

*Attorneys for McAlvain Civil Constructors, Inc.*

Bryan M. Kautz
RITCHIE MANNING KAUTZ PLLP
175 N. 27th Street, Suite 1206
Billings, MT 59101
Telephone: (406) 601-1400
bkautz@rmkfirm.com

*Attorneys for The Cincinnati Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| McALVAIN CIVIL CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | Cause No. CV-17-85-BU-SEH <br><br> **NOTICE OF SETTLEMENT and STIPULATED MOTION TO VACATE REMAINING DEADLINES** |

The parties to the above-captioned matter respectfully notify the Court that the parties have reached a settlement resolving all claims in this matter. The parties are in the process of preparing and executing documentation relating to the settlement, and the parties expect to shortly file a stipulation to dismiss this matter with prejudice.

The parties further stipulate and respectfully request that the Court vacate all remaining deadlines in this matter. A proposed order is submitted with this Notice.

DATED this 14th day of March, 2019.

                PLANALP, REIDA, ROOTS
                &amp; RILEY, P.C.

                /s/ Alexander L. Roots
                Alexander L. Roots
                P.O. Box 1, 27 N. Tracy Avenue
                Bozeman, MT 59771-0001
                alex@planalplaw.com

                *Attorneys for McAlvain Civil Constructors, Inc.*

DATED this 14th day of March, 2019.

                RITCHIE MANNING KAUTZ PLLP

                /s/ Bryan M. Kautz
                Bryan M. Kautz
                175 N. 27th Street, Suite 1206
                Billings, MT 59101
                bkautz@rmkfirm.com

                *Attorneys for The Cincinnati Insurance Company*