

APR 1 6 2019

Clerk, U S District Court
District of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| McALVAIN CIVIL CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | Cause No. CV-17-85-BU-SEH <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to pay their own attorney's fees and costs.

DATED this 16th day of April, 2019.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge